■ VALERIE KOSS, Plaintiff, v BOARD OF TRUSTEES OF THE FASHION INSTITUTE OF TECHNOLOGY, Defendant and Third-Party Plaintiff-Appellant. OGDEN ALLIED BUILDING AND SUPPORT SERVICES, Third-Party Defendant-Respondent. [727 NYS2d 303] —Order, Supreme Court, New York County (Jane Solomon, J.), entered on or about August 24, 2000, which, to the extent appealed from, denied that part of third-party plaintiff's motion seeking leave to amend the third-party complaint to add a cause of action for contractual indemnification, unanimously affirmed, without costs.

Since the agreement pursuant to which the third-party de-

fendant provided building and grounds services contains no indemnification provision, the third-party plaintiff's proposed cause of action for contractual indemnification was plainly without merit and, thus, leave to amend the third-party complaint so as to add the proposed cause for contractual indemnification was properly denied (*see, Sharon Ava & Co. v Olympic Tower Assocs.*, 259 AD2d 315, 316). Concur—Sullivan, P. J., Rosenberger, Mazzarelli, Buckley and Friedman, JJ.